41,864-02

Davd D. GREER #1829754
Wayne Scott Unit
6999 Retrieve Rd.
Angleton, Texas 77515

October 26, 2015

TO THE HONORABLE JUDGE: TRAVIS BRYAN III
300 E. 26th St. Ste. 204
Bryan, Texas 77803

Re: EX PARTE DAVE D. GREER WRIT NO. 12-03324-CRF-272-A. **NOTICE OF INTENT TO FILE WRIT ON MANDAMUS** PURSUANT TO TEXAS RULES CIVIL PROCEDURE RULE 694.

Dear Honorable Judge Bryan III;

Applicant originally filed his motion entitled: "APPLICANT"S MOTION TO RECUSE AND DISQUALIFY THE HONORABLE JUDGE TRAVIS BRYAN III FORM ANY AND ALL PROCEEDINGS DEALING WITH APPLICANT'S 11.07 HABEAS CORPUS" on October 3, 2015. The Honorable Bryan has a mistrial duty pursuant to Texas Rules Civil Procedure Rule 18a(f)-(1)(A)(B). This rule mandates that: "Duties of the Respondent judge, failure to comply (1) responding to motion regardless of whether the motion complies with this rule, the respondent judge, with in **three business days** after the motion is filed, **MUST** either: (A) sign and file with the clerk a ORDER OF RECUSAL OR DISQUALIFICATION; OR (B) Sign and file with the clerk a order referring the motion to the Regional Presiding Judge."

Applicant when he filed this motion personally mailed copies to the Honorable Travis Bryan III, The Second Administrative Judicial District Presiding Judge Olen Underwood, The Brazos Co. Criminal District Attorney; Mr. Jarvis Parsons, and the Dist. Clerk; Marc Hamlin, The Court of Criminal Appeals Clerk; Abel Acosta. Also sent a cover letter with this motion to the Brazos Co. Dist. Clerk Marc Hamlin personally requesting him to serve a copy of this motion to Judge Travis Bryan III.

This being October 26, 2015 which is twenty three days since the motion has been filed yet Judge Bryan has totally failed perform his mandatory ministerial duty. Applicant has a right to have a mandamus issued to force Judge Bryan to perform his ministerial duty. See Barnes v. State, 832 S.W.2d 424,426 (Tex.App.-Houston [1st Dist.] 1992).

Applicant is simply seeking Judge Bryan III to either sign an order recusing or disqualifying himself or sign and file with the Clerk a order referring the motion to the Regional Presiding Judge. And mail Applicant a copy of said order. I sincerely hope I am not forced to expend judicial resources to force Judge Bryan III to do his mandatory duty.

Sincerely,

Dave D. Greer

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 04 2015

Abel Acosta, Clerk